UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES DANIEL DUNCAN,**

**Plaintiff,**

v.  Case No: 6:20-cv-869-GKS-LRH

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

# ORDER

THIS CAUSE concerns Plaintiff James Daniel Duncan's (Duncan) appeal[1] from a final decision[2] of the Commissioner of the Social Security Administration (the Commissioner) denying his application for Disability Insurance Benefits (DIB) after proceedings before an Administrative Law Judge (ALJ).[3]

On May 24, 2021, the United States Magistrate Judge issued a report and recommendation (Report and Recommendation) recommending that the Commissioner's decision be affirmed (Doc. 19). After review and consideration of

---

[1] Complaint filed May 20, 2020. (Doc. 1).

[2] Decision, January 31, 2019. (Doc. 15-2). Thereafter, on April 3, 2020, the Appeals Council denied Plaintiff's request for a review of the ALJ's decision.

[3] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 15.)

the Report and Recommendation (Doc. 19), and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claim. After *de novo* review of the unobjected to Report and Recommendation (Doc. 19), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Leslie R. Hoffman's Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 23 day of June, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties